```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION
IN RE:                                         CASE NO. 05 B 06555
   KENNETH E LEWIS
   TONYA C LEWIS                               CHAPTER 13

                                               JUDGE: JACQUELINE P COX

            Debtor
   SSN XXX-XX-0902     SSN XXX-XX-0778

--------------------------------------------------------------------------
                TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------
     The case was filed on 02/24/2005 and was confirmed 05/16/2005.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors 100.00%.

     The case was paid in full 05/27/2008.
--------------------------------------------------------------------------
CREDITOR NAME            CLASS          CLAIM AMOUNT    INTEREST    PRINCIPAL
                                                          PAID        PAID
--------------------------------------------------------------------------
AMERICAN HONDA FINANCE C SECURED NOT I  NOT FILED           .00         .00
HONOR FINANCE            SECURED          5407.00        243.95     5407.00
ILLINOIS DEPT OF REVENUE PRIORITY         1411.58           .00     1411.58
COMCAST                  UNSECURED       NOT FILED          .00         .00
ILLINOIS DEPT OF EMPLOYM UNSECURED         5378.00          .00     5378.00
CITY OF CHICAGO PARKING  UNSECURED         1375.00          .00     1375.00
CITY OF CHICAGO DEPART A UNSECURED       NOT FILED          .00         .00
SPRINT                   UNSECURED       NOT FILED          .00         .00
ASSET ACCEPTANCE CORP    UNSECURED          194.53          .00      194.53
ASSOCIATED CREDITORS EXC UNSECURED       NOT FILED          .00         .00
COLLECTION COMPANY OF AM UNSECURED       NOT FILED          .00         .00
NATIONWIDE COMSUMER FINA UNSECURED       NOT FILED          .00         .00
NCO FINANCIAL            UNSECURED       NOT FILED          .00         .00
PARK DANSEN              UNSECURED       NOT FILED          .00         .00
UNITED COLLECTION BUREAU UNSECURED          360.00          .00      360.00
CICERO CURRY             UNSECURED       NOT FILED          .00         .00
HONOR FINANCE            UNSECURED          576.00          .00      576.00
ASSOCIATED CREDITORS EXC UNSECURED       NOT FILED          .00         .00
UNITED COLLECTION BUREAU UNSECURED       NOT FILED          .00         .00
SOUTHSHORE HOSPITAL      UNSECURED       NOT FILED          .00         .00
ADVOCATE PROFFESIONAL GR UNSECURED       NOT FILED          .00         .00
ILLINOIS COLLECTION SERV UNSECURED       NOT FILED          .00         .00
CHICAGO IMAGING INC      UNSECURED       NOT FILED          .00         .00
MIDWEST DIAGNOSTIC PATHO UNSECURED       NOT FILED          .00         .00
ILLINOIS DEPT OF REVENUE UNSECURED           34.80          .00       34.80
ILLINOIS DEPT OF REVENUE UNSECURED           22.00          .00       22.00
MARTIN J OHEARN          DEBTOR ATTY      1,700.00                  1,700.00
TOM VAUGHN               TRUSTEE                                      950.60
DEBTOR REFUND            REFUND                                        18.54

     Summary of Receipts and Disbursements:
--------------------------------------------------------------------------

               PAGE  1 - CONTINUED ON NEXT PAGE
     CASE NO. 05 B 06555 KENNETH E LEWIS & TONYA C LEWIS
```

```
                          RECEIPTS           DISBURSEMENTS
-------------------------------------------------------------------------
TRUSTEE                   17,672.00

PRIORITY                                          1,411.58
SECURED                                           5,407.00
     INTEREST                                       243.95
UNSECURED                                         7,940.33
ADMINISTRATIVE                                    1,700.00
TRUSTEE COMPENSATION                                950.60
DEBTOR REFUND                                        18.54
                          ---------------     ---------------
TOTALS                    17,672.00               17,672.00
```

    Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                    /s/ Tom Vaughn
    Dated: 08/27/08                 _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE

                            PAGE   2
        CASE NO. 05 B 06555 KENNETH E LEWIS & TONYA C LEWIS